UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY VALE, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendants. | Case No. 2:23-cv-01095-TLF<br><br>ORDER TO SHOW CAUSE |

On February 8, 2024, Plaintiffs filed an amended complaint against several Defendants, including Harold Scoggins, Andrew Lu, Sarah Lee, Doe Scoggins, Doe Lu, and Doe Lee. Dkt. 34. The parties later identified Doe Scoggins, Doe Lu and Doe Lee as Abigail Elizabeth Scoggins, Tzu Hsin Lin, and Thaddeus James Hodge, II, respectively. Dkt. 51, 52.

At this time, notices of appearance have been entered by attorneys Lauren Parris Watts, Kira Jessica Johal, and Emma J. Kazaryan on behalf of Defendant City of Seattle. Dkts. 5, 6, 7. Yet the Court has no record of a notice of appearance on behalf of any of the individual defendants.

In reviewing the City of Seattle's motion to dismiss Plaintiffs' amended complaint, it appears the City of Seattle is presenting arguments on behalf of the individual defendants as well. *See, e.g.*, Dkt. 38 at 2 ("Defendant the City of Seattle ("City") respectfully moves the Court pursuant to FRCP 12(b)(6) …(ii) dismiss the individual

ORDER TO SHOW CAUSE - 1

Defendants (Chief Harold Scoggins ("Chief Scoggins"); former Human Resources Director of the Department Andrew Lu ("Mr. Lu"); current Human Resources Director of the Department Sarah Lee ("Ms. Lee"); and their unspecified spouses (collectively "individual Defendants" and together with the City "Defendants") because the allegations against them do not meet the requirements of FRCP 8.").

The Court seeks clarification from the City of Seattle's counsel on whether they are also representing the individual defendants. If not, the Court will consider the individual defendants as *pro se* at this time.

Counsel is, therefore, directed to respond to the Court's order to show cause no later than May 10, 2024, by either (i) entering notices of appearance on behalf of the individual defendants if they are in fact representing those defendants or (ii) confirming on the record that counsel is not representing the individual defendants at this time.

Dated this 6th day of May, 2024.

Theresa L. Fricke
United States Magistrate Judge