UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY VALE, et al.,

                 Plaintiffs,

    v.

CITY OF SEATTLE, et al.,

                 Defendants.

Case No. 2:23-cv-01095-TLF

ORDER EXTENDING TIME TO
RESPOND TO ORDER (DKT. 226)

On April 16, 2026, the Court ordered the parties file a joint status report ("JSR") presenting both a proposed trial date and estimated trial length by April 30, 2026. Dkt. 226. The parties now jointly request a two-week extension of this deadline.

The Court, finding good cause, **ORDERS** that the parties shall now file a JSR in response to the Court's order (Dkt. 226) **on or before May 15, 2026**.

Dated this 1st day of May, 2026.

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge

ORDER EXTENDING TIME TO RESPOND TO ORDER
(DKT. 226) - 1