UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY VALE, et al.,

               Plaintiffs,

    v.

CITY OF SEATTLE, et al.,

               Defendants.

Case No. 2:23-cv-01095-TLF

ORDER GRANTING MOTION FOR SURREPLY (DKT. 244)

The matter before the Court is plaintiffs' "Unopposed Motion for Surreply." Dkt. 244.

Defendants previously filed a Praecipe which states that their brief, Dkt. 230, "inadvertently-included" a sentence "as a result of attorney error." Dkt. 240.

Defendants' Praecipe also states that "[i]f Plaintiffs wish to file a supplemental or substitute Reply in Support of their Motion for Partial Summary Judgment as a result of this praecipe, the City Defendants have no objection." Dkt. 240.

Plaintiffs' present motion asserts that defendants "stated they would not object to, Plaintiff filing a Surreply" which "would be limited to address Defendants' statement that an 'attorney error' required the filing of a corrected Cross Motion." Dkt. 244. Thus, plaintiffs "request permission to file a Surreply addressing Defendants' Praecipe, ECF 240 and ECF 240-1 . . ." Dkt. 244.

ORDER GRANTING MOTION FOR SURREPLY (DKT. 244) - 1

Accordingly, based on the above and the balance of the record, the Court **GRANTS** the plaintiffs' motion (Dkt. 244) and **ORDERS:** Plaintiffs must file any Surreply **on or before Friday, May 22, 2026.**

Dated this 18th day of May, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION FOR SURREPLY (DKT. 244) - 2