The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY VALE, et al.,

                Plaintiffs,

    v.

CITY OF SEATTLE, et al.,

                Defendants.

Case No. 2:23-cv-01095-TLF

REPLY DECLARATION OF EMMA KAZARYAN IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Emma Kazaryan, hereby declare:

1.      I am over the age of eighteen and competent to testify in this matter. I am one of the attorneys of record for Defendant City of Seattle (the "*City*") in the above-captioned case. I base this declaration on my personal knowledge and my review of the file maintained by my law firm in connection with this matter. That file is kept in the ordinary course of business and is timely and regularly updated.

2.      Attached to my declaration as Exhibit A are true and correct excerpts from the deposition of Adrienne Thompson taken in this case.

*I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.*

REPLY DECLARATION OF EMMA KAZARYAN
IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Signed in Seattle, Washington this 26th day of May, 2026.

*s/Emma Kazaryan*
Emma Kazaryan, WSBA No. 49885

REPLY DECLARATION OF EMMA KAZARYAN
IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910