The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY VALE, et al.,

              Plaintiffs,

    v.

CITY OF SEATTLE, et al.,

              Defendants.

Case No. 2:23-cv-01095-TLF

STIPULATED MOTION BY ALL PARTIES TO AMEND CASE SCHEDULE

**STIPULATED MOTION**

Come now all parties, by and through their undersigned counsel of record, and make the following stipulated motion to amend the case schedule.

The parties agree that the current case schedule should be amended and the trial date should be set as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Depositions of non-expert witnesses will be concluded by this date.  Disclosure of expert evidence including any vocational expert [all expert disclosures and reports due, except for economic damages]. | June 26, 2026 | November 30, 2026 |
| Disclosure of rebuttal expert evidence including any vocational expert [all rebuttal expert disclosures and reports, except for economic damages]. | August 28, 2026 | January 29, 2027 |
| Early mediation deadline [as of this date, the parties will follow LCR 39.1(c), and participate in early mediation on a formal basis; this does not preclude the parties | September 25, 2026 | March 19, 2027 |

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE - 1
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

| | | |
|---|---|---|
| from pursuing other methods of ADR upon application of the parties and Court approval, see LCR 39.1(f)]. | | |
| All motions related to discovery (except for economic damages) must be noted on the motion calendar by | Noting Date: November 13, 2026 | April 2, 2027 |
| Discovery (except for economic damages) must be completed by | November 20, 2026 | April 2, 2027 |
| Last date to file and serve final dispositive motions | February 19, 2027 (final summary judgment motion must be filed by January 22, 2027 – 28 days before noting date. | May 7, 2027 |
| Disclosure of damages experts and reports | March 12, 2027 | May 31, 2027 |
| Disclosure of rebuttal damages experts and reports | May 14, 2027 | August 31, 2027 |
| Discovery related to economic damages to be completed by | July 9, 2027 | September 30, 2027 |
| All motions related to discovery on economic damages must be noted on the motion calendar by | Noting Date: June 25, 2027 | October 15, 2027 |
| Mediation Completed by [as of this date, the parties will have held formal pretrial mediation with a professional mediator and/or with a settlement judge, under LCR 39.1. This does not preclude the parties from pursuing other methods of ADR upon application of the parties and Court approval, see LCR 39.1(f)]. | August 20, 2027 | October 15, 2027 |
| Streamlining trial proposal | September 17, 2027 | October 18, 2027 |
| Agreed LCR 16.1 Pretrial Order due | To be set after the streamlining trial proposal deadline of September 17, 2027 | |
| All motions in limine and any Daubert motions must be filed by | September 30, 2027 | February 7, 2028 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel to confer and indicate with submissions which exhibits are agreed to. | To be set after the streamlining trial proposal deadline of September 17, 2027. | February 25, 2028 |
| Pretrial Conference | To be set after the streamlining trial proposal deadline of September 17, 2027 | March 3, 2028 |
| Trial date | To be set after the streamlining trial proposal deadline of September 17, 2027 | March 13, 2028 |

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE - 2
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this 22nd day of June, 2026.

ARNOLD JACOBOWITZ & ALVARADO PLLC

By */s/ Roberta Tester*
    Nathan Arnold, WSBA No. 45356
    Lesley Alvarado, WSBA No. 61465
    R. Bruce Johnston, WSBA No. 4646
    Roberta C. Tester, *Pro Hac Vice*
    720 Seneca Street Suite 107
    Seattle, Washington 98101
    (206) 799-4221
    nathan@ajalawyers.com
    lesley@ajalawyers.com
    bruce@rbrucejohnston.com
    robbie@ajalawyers.com
*Attorneys for Plaintiffs*

SEYFARTH SHAW LLP

By: */s/ Emma Kazaryan*
    Lauren Parris Watts, WSBA #44064
    Emma Kazaryan, WSBA #49885
    Joshua Goldberg, WSBA #60733
    Daniel Culicover, WSBA #55085
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone:  (206) 946-4910
    Email:  lpwatts@seyfarth.com
         ekazaryan@seyfarth.com
         jmgoldberg@seyfarth.com
         dculicover@seyfarth.com

*Attorneys for Defendants, City of Seattle, Harold Scoggins and Abigail Elizabeth Scoggins, fka Doe Scoggins, Andrew Lu and Tzu Hsin Lin, fka Doe Lu*

STOKES LAWRENCE, P.S.

By */s/ Rachael Wallace*
    Rachael R. Wallace, WSBA No. 49778
    Emily G. Zughaib, WSBA No. 64491
    Amy K. Alexander, WSBA No. 44242
    1420 5th Ave #3000
    Seattle, Washington 98101
    (206) 626-6000
    rachael.wallace@stokeslaw.com
    emily.zughaib@stokeslaw.com
    amy.alexander@stokeslaw.com

*Attorneys for Defendant Sarah Lee and Thaddeus Hodge*

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE - 3
CASE NO. 2:23-CV-01095-TLF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby declare that on this 22nd day of June, 2026, I caused a copy of the

foregoing to be electronically served by email to the following:

Nathan J Arnold, WSBA #45356
Lesley Alvarado, WSBA # 61465
R. Bruce Johnston, WSBA #4646
Roberta C. Tester, *Pro Hac Vice*
ARNOLD JACOBOWITZ & ALVARADO PLLC
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101-3265
Phone:      (206) 799-4221
Email:      nathan@cajlawyers.com
            lesley@ajalawyers.com
            bruce@rbrucejohnston.com
            robbie@ajalawyers.com

 *Counsel for Plaintiffs*

Rachael R. Wallace, WSBA #49778
Emily G. Zughaib, WSBA #64491
Amy K. Alexander, WSBA #44242
STOKES LAWRENCE, P.S.
1420 5th Avenue, Suite 3000
Seattle, WA  98101-2393
Phone:      (206) 626-6000
Email:      rachael.wallace@stokeslaw.com
            emily.zughaib@stokeslaw.com
            amy.alexander@stokeslaw.com

*Counsel for Defendants Sarah Lee and
Thaddeus James Hodge, II, fka Doe Lee*


                          s/ Jonathan Henley
                          Jonathan Henley, Maj., USAF (*Ret.*),
                          Legal Support Assistant

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE - 4
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

326708307v.1