The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY VALE, et al.,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

Case No. 2:23-cv-01095-TLF

DECLARATION OF EMMA KAZARYAN IN SUPPORT OF PROPOSED AMENDED CASE SCHEDULE

I, Emma Kazaryan, hereby declare:

1.    I am one of the attorneys for Defendants the City of Seattle (the "*City*"), Chief Harold Scoggins, and Andrew Lu (collectively the "*City Defendants*") in the above-captioned matter.  I am over the age of eighteen and competent to testify in this matter.  I base this declaration on my personal knowledge and on my review of the file maintained by my law firm in connection with this matter.  That file is kept in the ordinary course of business and is timely and regularly updated.

2.    On April 16, 2026, the Court ordered the parties to meet-and-confer and jointly propose a scheduling order and trial date.  Dkt. 226.

3.    The parties conferred regarding the case schedule via email.

4.    On May 6, 2026, the City Defendants sent all other parties a proposed case schedule, which is attached to my declaration as **Exhibit A**.

5.    During an in-person deposition on May 14, 2026, the parties confirmed they

DECLARATION OF EMMA KAZARYAN IN SUPPORT OF
PROPOSED AMENDED CASE SCHEDULE
CASE NO. 2:23-CV-01095-TLF - 1

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

were in agreement regarding the proposed case schedule circulated on May 6, 2026 (and attached hereto as Exhibit A).

6.     On the same date, May 14, 2026, I sent an email to all parties to confirm the parties' oral agreement in writing and to confirm that I had counsels' permission to affix their signatures and file.  Attached to my declaration as **Exhibit B** is a true and correct copy of the relevant email.

7.     Unfortunately, when I sought to confirm our agreement in writing, I accidentally bubbled up the wrong version of the case schedule, and as a result of my error, the wrong version was filed.

8.     The intended version of the parties' proposed case schedule has the same trial date as the version that was mistakenly filed (i.e., March 13, 2028) ) but later dates for things like completing depositions of non-expert witnesses, disclosures of expert evidence, etc.

9.     Based on how discovery is progressing, the intended version of the parties' proposed case schedule (attached hereto as Exhibit A) presents the most realistic and expedient timeline by which aspects of the case (such as depositions and expert witness disclosures) can be completed.

10.     On June 18, 2026, I realized the wrong version of the stipulated case schedule was filed.  I promptly contacted counsel for all parties to flag (and apologize for) the error, and to ask if I had their permission to file the intended May 6, 2026 version of the stipulated proposed case schedule.  Attached to my declaration as **Exhibit C** is a true and correct copy of the relevant email.

11.     Counsel for all parties have confirmed their agreement that the intended version of the case schedule be filed.   Attached to my declaration as **Exhibit D** and **Exhibit E** are true and correct copies of the relevant email threads.

12.     I'm sorry to the Court, the parties, and their counsel for the error and for any

DECLARATION OF EMMA KAZARYAN IN SUPPORT OF
PROPOSED AMENDED CASE SCHEDULE
CASE NO. 2:23-CV-01095-TLF - 2

confusion and inconvenience.

*I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.*

Signed in Renton, Washington this 22nd day of June, 2026.

*s/Emma Kazaryan*
Emma Kazaryan, WSBA No. 49885

DECLARATION OF EMMA KAZARYAN IN SUPPORT OF
PROPOSED AMENDED CASE SCHEDULE
CASE NO. 2:23-CV-01095-TLF - 3

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**EXHIBIT A**

The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY VALE, et al.,

    Plaintiffs,

  v.

CITY OF SEATTLE, et al.,

    Defendants.

Case No. 2:23-cv-01095-TLF

STIPULATED MOTION BY ALL
PARTIES TO AMEND CASE
SCHEDULE AND SET TRIAL DATE

**STIPULATED MOTION**

Come now all parties, by and through their undersigned counsel of record, and make the following stipulated motion to amend the case schedule and set a trial date.

The parties agree that the current case schedule should be amended and the trial date should be set as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Depositions of non-expert witnesses will be concluded by this date.  Disclosure of expert evidence including any vocational expert [all expert disclosures and reports due, except for economic damages]. | June 26, 2026 | ~~September~~ November ~~26~~30, 2026 |
| Disclosure of rebuttal expert evidence including any vocational expert [all rebuttal expert disclosures and reports, except for economic damages]. | August 28, 2026 | ~~November~~ January ~~30~~29, 202~~7~~6 |
| Early mediation deadline [as of this date, the parties will follow LCR 39.1(c), and participate in early mediation on a formal basis; this does not preclude the parties | September 25, 2026 | ~~January~~ March ~~19~~15, 2027 |

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE AND SET TRIAL DATE - 1
CASE NO. 2:23-CV-01095-TLF

| | | |
|---|---|---|
| from pursuing other methods of ADR upon application of the parties and Court approval, see LCR 39.1(f)]. | | |
| All motions related to discovery (except for economic damages) must be noted on the motion calendar by | Noting Date: November 13, 2026 | ~~January 20~~April 2, 2027 |
| Discovery (except for economic damages) must be completed by | November 20, 2026 | ~~January 20~~April 2, 2027 |
| Last date to file and serve final dispositive motions | February 19, 2027 (final summary judgment motion must be filed by January 22, 2027 – 28 days before noting date. | ~~March 19~~May 7, 2027 |
| Disclosure of damages experts and reports | March 12, 2027 | ~~April 12~~May 31, 2027 |
| Disclosure of rebuttal damages experts and reports | May 14, 2027 | ~~June~~ August 31~~14~~, 2027 |
| Discovery related to economic damages to be completed by | July 9, 2027 | September 30~~July 23~~, 2027 |
| All motions related to discovery on economic damages must be noted on the motion calendar by | Noting Date: June 25, 2027 | ~~July~~ October 15~~30~~, 2027 |
| Mediation Completed by [as of this date, the parties will have held formal pretrial mediation with a professional mediator and/or with a settlement judge, under LCR 39.1. This does not preclude the parties from pursuing other methods of ADR upon application of the parties and Court approval, see LCR 39.1(f)]. | August 20, 2027 | ~~September 20~~October 15, 2027 |
| Streamlining trial proposal | September 17, 2027 | October ~~17~~18, 2027 |
| Agreed LCR 16.1 Pretrial Order due | To be set after the streamlining trial proposal deadline of September 17, 2027 | |
| All motions in limine and any Daubert motions must be filed by | September 30, 2027 | February 7, 2028 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date.  Counsel to confer and indicate with submissions which exhibits are agreed to. | To be set after the streamlining trial proposal deadline of September 17, 2027. | February 25, 2028 |
| Pretrial Conference | To be set after the streamlining trial proposal deadline of September 17, 2027 | March 3, 2028 |
| Trial date | To be set after the streamlining trial proposal deadline of September 17, 2027 | March 13, 2028 |

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE AND SET TRIAL DATE - 2
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this 30th day of April, 2026.

ARNOLD JACOBOWITZ & ALVARADO PLLC

By /s/ _____
    Nathan Arnold, WSBA No. 45356
    Lesley Alvarado, WSBA No. 61465
    R. Bruce Johnston, WSBA No. 4646
    Roberta C. Tester, *Pro Hac Vice*
    720 Seneca Street Suite 107
    Seattle, Washington 98101
    (206) 799-4221
    nathan@ajalawyers.com
    lesley@ajalawyers.com
    bruce@rbrucejohnston.com
    robbie@ajalawyers.com
*Attorneys for Plaintiffs*

SEYFARTH SHAW LLP

By: /s/ _____
    Lauren Parris Watts, WSBA #44064
    Emma Kazaryan, WSBA #49885
    Joshua Goldberg, WSBA #60733
    Daniel Culicover, WSBA #55085
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone: (206) 946-4910
    Email:  lpwatts@seyfarth.com
            ekazaryan@seyfarth.com
            jmgoldberg@seyfarth.com
            dculicover@seyfarth.com

*Attorneys for Defendants, City of Seattle, Harold Scoggins and Abigail Elizabeth Scoggins, fka Doe Scoggins, Andrew Lu and Tzu Hsin Lin, fka Doe Lu*

STOKES LAWRENCE, P.S.

By /s/ _____
    Rachael R. Wallace, WSBA No. 49778
    Emily G. Zughaib, WSBA No. 64491
    Amy K. Alexander, WSBA No. 44242
    1420 5th Ave #3000
    Seattle, Washington 98101
    (206) 626-6000
    rachael.wallace@stokeslaw.com
    emily.zughaib@stokeslaw.com
    amy.alexander@stokeslaw.com
*Attorneys for Defendant Sarah Lee and Thaddeus Hodge*

STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE AND SET TRIAL DATE - 3
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Note:  Cert of Serv is not require per Rule 5(f) unless a party is not signed up for the required ECF notices; should be used on discovery.

**CERTIFICATE OF SERVICE**

I hereby declare that on this ____ day of March, 2026, I caused a copy of the foregoing to be electronically served by email to the following:

Nathan J Arnold, WSBA #45356
Lesley Alvarado, WSBA # 61465
R. Bruce Johnston, WSBA #4646
Roberta C. Tester, *Pro Hac Vice*
ARNOLD JACOBOWITZ & ALVARADO PLLC
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101-3265
Phone:        (206) 799-4221
Email:        nathan@cajlawyers.com
              lesley@ajalawyers.com
              bruce@rbrucejohnston.com
              robbie@ajalawyers.com

 *Counsel for Plaintiffs*

Rachael R. Wallace, WSBA #49778
Emily G. Zughaib, WSBA #64491
Amy K. Alexander, WSBA #44242
STOKES LAWRENCE, P.S.
1420 5th Avenue, Suite 3000
Seattle, WA  98101-2393
Phone:        (206) 626-6000
Email:        rachael.wallace@stokeslaw.com
              emily.zughaib@stokeslaw.com
              amy.alexander@stokeslaw.com

*Counsel for Defendants Sarah Lee and Thaddeus James Hodge, II, fka Doe Lee*


s/Kathy Wheat
Kathy Wheat, Legal Assistant


STIPULATED MOTION BY ALL PARTIES TO
AMEND CASE SCHEDULE AND SET TRIAL DATE - 4
CASE NO. 2:23-CV-01095-TLF

SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

325579125v.1

**EXHIBIT B**

| | |
|---|---|
| **From:** | Kazaryan, Emma J. |
| **Sent:** | Thursday, May 14, 2026 2:16 PM |
| **To:** | External_Tester, Roberta; Parris Watts, Lauren; Culicover, Daniel O.; External_Wallace, Rachael |
| **Cc:** | External_Johnston, R. Bruce; External_Corduneanu, Natalia; External_Arnold, Nathan; External_Smith, Laura; External_Zughaib, Emily; External_Cates, Wendy; External_Garcia, Madelyne; External_Armitage, Anna |
| **Subject:** | Vale v. City of Seattle -- Amended Case Schedule |
| **Attachments:** | 2026-04-30 Stipulated Motion to Amend Case Schedule(325579125.1).docx |

Good afternoon everyone – I understand that during the deposition today, the parties confirmed that they are fine with the City Defendants' proposed case schedule (attached again here for easy reference). @'Robbie Tester' and @External_Wallace, Rachael if you (or a member of your respective teams) could please confirm we have your permission to affix your signatures and file, we'll get this handled tomorrow.  Thank you!

Best,
Emma

**From:** Kazaryan, Emma J.
**Sent:** Thursday, April 30, 2026 1:07 PM
**To:** 'Robbie Tester' <Robbie@ajalawyers.com>; Parris Watts, Lauren <lpwatts@seyfarth.com>; Culicover, Daniel O. <dculicover@seyfarth.com>; External_Wallace, Rachael <rachael.wallace@stokeslaw.com>
**Cc:** External_Johnston, R. Bruce <bruce@rbrucejohnston.com>; External_Corduneanu, Natalia <natalia@ajalawyers.com>; External_Arnold, Nathan <nathan@ajalawyers.com>; External_Smith, Laura <laura.smith@stokeslaw.com>; External_Zughaib, Emily <emily.zughaib@stokeslaw.com>; External_Cates, Wendy <wendy.cates@stokeslaw.com>; External_Garcia, Madelyne <madelyne.garcia@stokeslaw.com>; External_Armitage, Anna <anna.armitage@stokeslaw.com>
**Subject:** RE: Depositions

Good afternoon everyone – for your consideration as you review the proposed trial date, please also find attached a draft stipulation where we penciled out proposed dates for the other pre-trial matters.

Looking at the time, it doesn't seem we'll be ready to file a stipulation this afternoon.  @'Robbie Tester' and @External_Wallace, Rachael are you aligned with us emailing the Court to advise that the parties are still conferring regarding the proposed trial date, etc. and need an additional two weeks to make the filing ordered by the Court?  Thank you.

Best,
Emma

**From:** Kazaryan, Emma J.
**Sent:** Thursday, April 30, 2026 9:03 AM
**To:** 'Robbie Tester' <Robbie@ajalawyers.com>; Parris Watts, Lauren <lpwatts@seyfarth.com>; Culicover, Daniel O. <dculicover@seyfarth.com>
**Cc:** External_Johnston, R. Bruce <bruce@rbrucejohnston.com>; External_Corduneanu, Natalia <natalia@ajalawyers.com>; External_Arnold, Nathan <nathan@ajalawyers.com>; External_Wallace, Rachael <rachael.wallace@stokeslaw.com>; External_Smith, Laura <laura.smith@stokeslaw.com>; External_Zughaib, Emily <emily.zughaib@stokeslaw.com>; External_Cates, Wendy <wendy.cates@stokeslaw.com>; External_Garcia, Madelyne <madelyne.garcia@stokeslaw.com>; External_Armitage, Anna <anna.armitage@stokeslaw.com>
**Subject:** RE: Depositions

Good morning everyone – we propose **March 13, 2028** as the trial date.  That gives us about five months after the proposals for streamlining trial are due on October 17, 2027.  Bearing in mind the Court will need time to consider and rule, and then the parties will need to prepare the case for trial in a manner that conforms with the Court's ruling, that seems like the earliest

# EXHIBIT C

| | |
|---|---|
| **From:** | Kazaryan, Emma J. |
| **Sent:** | Thursday, June 18, 2026 4:40 PM |
| **To:** | S-Vale CofS |
| **Subject:** | Vale v. City of Seattle -- Case Schedule |
| **Attachments:** | 2026-05-06 Stipulated Motion to Amend Case Schedule.docx; Vale v. City of Seattle -- Revised Proposed Case Schedule; Vale v. City of Seattle -- Amended Case Schedule |

**Importance:**      High

Good afternoon counsel,

It came to my attention today that the proposed case schedule that was filed on May 15, 2026 was not the intended version.  As you might recall, I circulated a revised version on May 6, 2026 that had the same proposed trial date (March 13, 2028) but later dates for completing depositions of non-expert witnesses, disclosures of expert evidence, etc.  During one of the Plaintiffs' deposition on or after May 6, the parties confirmed that they agreed to the proposed case schedule, but when I sought to confirm our oral agreement in writing, I bubbled up the wrong version of the case schedule, and that was ultimately what was filed by our team.  Please find attached the relevant email correspondence.

I'm sorry for the mistake and any confusion.  Please let me know if I have your permission to affix your signature to and file the intended May 6, 2026 version of the stipulated proposed case schedule (first attachment here).  We will include with the filing an explanation that mirrors what I wrote above.  Thank you.

Best,
Emma

1

**EXHIBIT D**

| | |
|---|---|
| **From:** | Robbie Tester <Robbie@ajalawyers.com> |
| **Sent:** | Saturday, June 20, 2026 10:24 AM |
| **To:** | Kazaryan, Emma J.; S-Vale CofS |
| **Cc:** | External_Johnston, R. Bruce; External_Arnold, Nathan; External_Corduneanu, Natalia |
| **Subject:** | Re: Vale v. City of Seattle -- Case Schedule |

**This Message Is From an External Sender**
This message came from outside your organization.

We have no objections to your filing the intended version of the CSO with our permission to affix electronic signature.

Robbie

---

**From:** Kazaryan, Emma J. <ekazaryan@seyfarth.com>
**Date:** Thursday, June 18, 2026 at 6:40 PM
**To:** S-Vale CofS <S-ValeCofS@seyfarth.com>
**Subject:** Vale v. City of Seattle -- Case Schedule

Good afternoon counsel,

It came to my attention today that the proposed case schedule that was filed on May 15, 2026 was not the intended version.  As you might recall, I circulated a revised version on May 6, 2026 that had the same proposed trial date (March 13, 2028) but later dates for completing depositions of non-expert witnesses, disclosures of expert evidence, etc.  During one of the Plaintiffs' deposition on or after May 6, the parties confirmed that they agreed to the proposed case schedule, but when I sought to confirm our oral agreement in writing, I bubbled up the wrong version of the case schedule, and that was ultimately what was filed by our team.  Please find attached the relevant email correspondence.

I'm sorry for the mistake and any confusion.  Please let me know if I have your permission to affix your signature to and file the intended May 6, 2026 version of the stipulated proposed case schedule (first attachment here).  We will include with the filing an explanation that mirrors what I wrote above.  Thank you.

Best,
Emma

**Emma Kazaryan** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4978 | Mobile: +1-206-883-4584 | Fax: +1-206-299-9664
ekazaryan@seyfarth.com | **www.seyfarth.com**



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**EXHIBIT E**

| From: | Rachael Wallace <Rachael.Wallace@stokeslaw.com> |
|---|---|
| Sent: | Monday, June 22, 2026 10:10 AM |
| To: | Kazaryan, Emma J. |
| Cc: | S-Vale CofS |
| Subject: | Re: Vale v. City of Seattle -- Case Schedule |

**This Message Is From an External Sender**

This message came from outside your organization.

Approved on our end for using my e-signature. Thanks!

**Rachael R. Wallace**
Shareholder (Admitted in Washington, Oregon, and Alaska)
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000 | Seattle, WA 98101-2393
mobile: 360.961.6150 | direct: 206.812.7472
Rachael.Wallace@stokeslaw.com | stokeslaw.com [stokeslaw.com]

On Jun 18, 2026, at 16:40, Kazaryan, Emma J. <ekazaryan@seyfarth.com> wrote:

Good afternoon counsel,

It came to my attention today that the proposed case schedule that was filed on May 15, 2026 was not the intended version. As you might recall, I circulated a revised version on May 6, 2026 that had the same proposed trial date (March 13, 2028) but later dates for completing depositions of non-expert witnesses, disclosures of expert evidence, etc. During one of the Plaintiffs' deposition on or after May 6, the parties confirmed that they agreed to the proposed case schedule, but when I sought to confirm our oral agreement in writing, I bubbled up the wrong version of the case schedule, and that was ultimately what was filed by our team. Please find attached the relevant email correspondence.

I'm sorry for the mistake and any confusion. Please let me know if I have your permission to affix your signature to and file the intended May 6, 2026 version of the stipulated proposed case schedule (first attachment here). We will include with the filing an explanation that mirrors what I wrote above. Thank you.

Best,
Emma

**Emma Kazaryan** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4978 | Mobile: +1-206-883-4584 | Fax: +1-206-299-9664
ekazaryan@seyfarth.com | www.seyfarth.com [linkprotect.cudasvc.com]



1

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediate and delete it from your system.

<2026-05-06 Stipulated Motion to Amend Case Schedule.docx>
<Vale v. City of Seattle -- Revised Proposed Case Schedule>
<Vale v. City of Seattle -- Amended Case Schedule>