UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY VALE, et al.,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

Case No. 2:23-cv-01095-TLF

ORDER FOR JOINT STATUS REPORT AND STATUS CONFERENCE

The parties communicated to the Court that they seek guidance on an ongoing discovery dispute, namely the format of plaintiff Cizin's deposition. Accordingly, the Court **ORDERS:**

**(1)** The parties are ordered to file a Joint Status Report ("JSR") **on or before 5:00 PM on November 3, 2026**. The JSR shall include: the nature of the relevant discovery dispute(s), each party's position and legal reasoning supporting their position, and the parties' efforts to meet-and-confer and negotiate the matter.

**(2)** The parties are ordered to attend a discovery status hearing by videoconference to be held at **10:30 AM on November 4, 2026**.

**(3)** The Court will conduct this hearing on Zoom; the Clerk of Court will provide the parties a link to attend this status conference at a later date.

Dated this 28th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge